No. 11–575. CARSON *v.* UNITED STATES OFFICE OF SPECIAL COUNSEL. C. A. 6th Cir. Motion of Lori A. Saxon et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 11–7249. JACKSON *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 11–7265. PRINCE *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–1495. SAMMARCO *v.* LUDEMAN ET AL., *ante,* p. 824;
No. 10–10236. MCDERMOTT *v.* MACFADYEN ET AL., *ante,* p. 831;
No. 10–10309. MCCREARY *v.* MALONE ET AL., *ante,* p. 833;
No. 10–10406. POWELL *v.* CATE, SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, *ante,* p. 836;
No. 10–10648. SALERNO *v.* MICHIGAN, *ante,* p. 842;
No. 10–10662. PLATTS *v.* UNITED STATES, *ante,* p. 843;
No. 10–10696. SPAN *v.* BARDERS ET AL., *ante,* p. 844;
No. 10–10740. PETERKA *v.* TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, *ante,* p. 847;
No. 10–10817. MAHONEY *v.* HAMMOND ET AL., *ante,* p. 851;
No. 10–10876. THOMPSON *v.* DITTMAN, WARDEN, *ante,* p. 854;
No. 10–10889. KIM *v.* DONAHOE, POSTMASTER GENERAL, ET AL., *ante,* p. 855;
No. 10–10957. SHERROD *v.* UNITED STATES, *ante,* p. 859;
No. 10–11080. GARAY *v.* DEPARTMENT OF MANAGEMENT SERVICES, DIVISION OF RETIREMENT, *ante,* p. 866;
No. 10–11098. MCCREARY *v.* SKOLNIK ET AL., *ante,* p. 867;
No. 10–11188. MOSLEY *v.* ILLINOIS, *ante,* p. 872;
No. 11–28. MALCOLM *v.* HONEOYE FALLS LIMA CENTRAL SCHOOL DISTRICT, *ante,* p. 879;
No. 11–203. POLES *v.* SIKOWITZ, *ante,* p. 964;
No. 11–5017. LOSEE *v.* GARDEN ET AL., *ante,* p. 885;
No. 11–5029. BUFFINGTON *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, *ante,* p. 886;
No. 11–5063. BENOIT *v.* WASHINGTON, *ante,* p. 888;

No. 11–5300.  DOBRIC *v.* BARON, *ante*, p. 900;

No. 11–5331.  BROWN *v.* CLEVELAND MUNICIPAL SCHOOL DISTRICT, AKA CLEVELAND METROPOLITAN SCHOOL DISTRICT, ET AL., *ante*, p. 902;

No. 11–5397.  HARRIS *v.* UPTON, WARDEN, *ante*, p. 905;

No. 11–5398.  IN RE LOGGINS, *ante*, p. 813;

No. 11–5528.  DARVIE *v.* COUNTRYMAN ET AL., *ante*, p. 912;

No. 11–5575.  VALENCIA *v.* CATE, SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, *ante*, p. 946;

No. 11–5645.  STURDZA *v.* UNITED ARAB EMIRATES ET AL., *ante*, p. 948;

No. 11–5659.  RIETHMILLER *v.* FABISIAK ET AL., *ante*, p. 948;

No. 11–5708.  MESSINA *v.* MARSHALL ET AL., *ante*, p. 949;

No. 11–5771.  MCCOY *v.* THOMAS, INTERIM COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS, ET AL., *ante*, p. 951;

No. 11–5818.  PRESSLEY *v.* CAROMONT HEALTH INC. ET AL., *ante*, p. 952;

No. 11–5852.  HAMILTON *v.* UNITED STATES, *ante*, p. 923;

No. 11–6038.  CARTER *v.* CAMPBELL, *ante*, p. 982;

No. 11–6048.  SMITH *v.* UNITED STATES, *ante*, p. 927;

No. 11–6116.  SINGLETON *v.* TEN UNIDENTIFIED UNITED STATES MARSHALS, *ante*, p. 985; and

No. 11–6121.  ASH *v.* NISH ET AL., *ante*, p. 968.  Petitions for rehearing denied.

No. 11–5101.  KEISLING *v.* RENN ET AL., *ante*, p. 934.  Petition for rehearing denied.  THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 11–5663.  SAMUEL *v.* BLOOMBERG, MAYOR, CITY OF NEW YORK, NEW YORK, ET AL., *ante*, p. 960.  Petition for rehearing denied.  JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

DECEMBER 16, 2011

No. 10–1333.  SANDY CREEK ENERGY ASSOCIATES, L. P. *v.* SIERRA CLUB, INC., ET AL.  C. A. 5th Cir.  Certiorari dismissed under this Court's Rule 46.1.